**No. 54021.**—Lewis & Locke, Inc., et al. *v.* United States, protests 150619–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54022.**—A. I. Namm & Son et al. *v.* United States, protests 505453–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54023.**—Rochelle Textile Co. et al. *v.* United States, protests 572100-G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54024.**—Abraham & Straus, Inc., et al. *v.* United States, protests 595783–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54025.**—American Glove Co. *v.* United States, protest 948782–G/87728 (Chicago).

Opinion by FORD, J. It was stipulated that certain items of the merchandise, whether or not assessed with duty at 10 cents per pound under paragraph 924, consist of gloves the same in all material respects as those the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent under paragraph 915, plus the additional duty under paragraph 924, whether or not that duty was originally assessed, was sustained.